RECEIVED
JAN - 6 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JAMES C. PIERCE | CIVIL ACTION NO. 06-1185 |
| VERSUS | JUDGE DOHERTY |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HILL |

### JUDGMENT

This Court is in receipt of the Report and Recommendation of the Magistrate Judge previously filed herein, recommending dismissal with prejudice of petitioner's petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2254, as well as the objections filed by petitioner, James C. Pierce. For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein as well as the Memorandum Ruling issued by this Court, and after an independent review of the record including the objections filed by the petitioner, as well as all applicable governing law, and having determined the findings and recommendation of the Magistrate Judge are correct under the applicable law;

IT IS ORDERED that this petition for writ of *habeas corpus* is DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ____ day of January, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE